In the Matter of MICHAEL CHENKIN, Appellant, v NEW YORK CITY COUNCIL, Respondent.

Submitted March 28, 2011; decided May 5, 2011

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 16 NY3d 703 (2011)].

CHRISTOPHER COLEMAN, Appellant, v PUTNAM HOSPITAL CENTER et al., Respondents, et al., Defendant.

Submitted February 22, 2011; decided May 5, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of CHRISTOPHER CULVER, Respondent, v KRISTI VANPATTEN CULVER, Appellant.

Submitted April 4, 2011; decided May 5, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]). Motion for a stay dismissed as academic.

FARRAH DONALD, Appellant, v STATE OF NEW YORK, Respondent.

Submitted May 2, 2011; decided May 5, 2011

Motion by Legal Aid Society, Criminal Appeals Bureau and Parole Revocation Defense Unit, for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.